**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEJANDRO POZO VILLAR,<br><br>Petitioner,<br><br>v.<br><br>FANNY VENECIA MARTINEZ,<br><br>Respondent. | CIVIL ACTION NO. 3:26-cv-02377<br><br>(SAPORITO, J.) |

**ORDER DIRECTING RETURN OF MINOR CHILDREN TO COUNTRY OF HABITUAL RESIDENCE**

Pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001 *et seq.*, **IT IS HEREBY ORDERED THAT**:

1. The minor children, **CORAL POZO MARTINEZ**, born in 2012, and **AQUILINO POZO MARTINEZ**, born in 2015, be returned in the company of their father, Alejandro Pozo Villar, to the sovereign nation of Spain within seven (7) days after entry of this Order, and that Pozo Villar report the delivery of the minor children to the appropriate Central Authority.

2. By virtue of this Order, Alejandro Pozo Villar shall have the

exclusive right to the custody of the minor children for the limited purpose of returning the minor children to Spain, the minor children's habitual residence.

3. In the interim, the parties are admonished to cooperate in good faith to permit the minor children to pack their personal belongings and prepare for travel, to provide notification to school authorities in both countries, and to provide for the orderly transfer of any school, medical, and dental records as may be required.

4. Moreover, the respondent, Fanny Venecia Martinez, shall surrender the minor children's passports to the petitioner or his counsel forthwith.

5. This Order is not a determination on the merits of any custody issues within the meaning of Article 19 of the Convention.

6. The Order of this Court is made under the authority of 22 U.S.C. § 9001(a), conferring original jurisdiction upon this Court and Article 18 of the Convention.

7. **THEREFORE TO ANY PEACE OFFICER IN THE COMMONWEALTH OF PENNSYLVANIA OR TO ANY FEDERAL OFFICER:** You are commanded to assist Alejandro Pozo Villar to remove

the minor children from the United States of America, and to allow Alejandro Pozo Villar to accompany the minor children to Spain, giving Alejandro Pozo Villar the right without interference to have the minor childe in his lawful temporary custody for the purposes described herein.

8. This Order is effective as of the date written below, and shall continue in force and effect until modified or cancelled by this Court.

Dated: October 14, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge