**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ALEJANDRO POZO VILLAR,

Plaintiff,

v.

FANNY VENECIA MARTINEZ,

Defendant.

CIVIL ACTION NO. 3:26-cv-02377

(SAPORITO, J.)

**ORDER**

AND NOW, this October 27, 2026, in accordance with the accompanying memorandum and previous Order entered on October 14, 2026 (Doc. 12), **IT IS HEREBY ORDERED THAT:**

1. The Clerk of the Court shall enter final judgment granting relief to the petitioner; and

2. The Clerk of Court shall CLOSE this case.

Dated: October 27, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge